JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVON HAMEDANI,<br><br>       Plaintiff,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; and DOES 1-100, inclusive,<br><br>       Defendants. | Case No.: **2:26-cv-00489-MWF(KSx)**<br><br>**ORDER GRANTING STIPULATION REMANDING ACTION TO THE LOS ANGELES COUNTY SUPERIOR COURT** |

The Court has considered the parties' Stipulation Remanding Action to the Los Angeles County Superior Court.  (Docket No. 9).  For good cause shown, this action is REMANDED to the Los Angeles County Superior Court, Case Number 25STCV36441, without prejudice.

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge